**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6914**

JONATHAN HENSLEE,

Plaintiff - Appellant,

v.

SGT. STOPPELL; SGT. MANSPHIT; MS. MONICA, Chief Disciplinary Hearing
Officer; DISCIPLINARY HEARING OFFICER; ERIK A. HOOKS, DPS Secretary,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Richard Ernest Myers, II, District Judge.  (5:19-ct-03369-M)

Submitted:  November 19, 2020                    Decided:  November 24, 2020

Before WILKINSON, KING, and QUATTLEBAUM, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jonathan Leigh Henslee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Leigh Henslee seeks to appeal the district court's order dismissing some but not all claims and dismissing without prejudice some but not all defendants in his 42 U.S.C. § 1983 action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Henslee seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*